

FILED

03/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0057



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0057

WILLARD RUSSELL KEIGHTLEY,
Trustee of Louise Keightley Trust
and Manager of Property,
          Plaintiff and Appellee,

v.

DAVID ANDREW KEIGHTLEY and
THE LOUISE KEIGHTLEY TRUST, by
and through, KATHLEEN KEIGHTLEY
JOHNS, co-Trustee,
          Defendants and Appellant.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until April 27, 2020, to prepare, file, and serve the opening brief.

DATED this March 12, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:     David Andrew Keightley, Rhett B. Nemelka

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705